UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHELLE TAYLOR,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN MYLES, et al.,<br><br>　　　　　　Defendants. | Case No. 3:13-cv-00035-MMD-VPC<br><br>ORDER |

　　　　Plaintiff sent a copy of the attached letter to the Court.  Plaintiff is admonished that *ex parte* communications with a judge are inappropriate in most circumstances. *See* Local Rules, Part II, LR 7-6.  Moreover, a document requesting a Court order must be styled as a motion, not a letter (*see* F.R.C.P. 7). Letters to a judge will be disregarded.  The Court will not take any action in response to the letter.

　　　　DATED THIS 20th day of August 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

August 14, —

Dear Judge Miranda M. Du, Re case: 3:13-cv-00035-MMD-VPC

    I need your help please. I have not had any communication with Attorney Mr. Donald T. Bergerson nor Richard Cornell since January of 2013. I have not been provided any motions or documents which have been filed. I recently wrote for the Court Docket and discovered the case has been dismissed. Evidently the Attorney has requested the case to be re-opened. I am completely ignorant of the law and am unable to call the Attorney from prison because his phone doesn't accept collect calls. I believe the case should be re-opened so my Writ of Habeas Corpus can be heard. Please grant my request and if possible, direct the Attorney to have regular communication with me. Please direct him to provide me all documents pertanent to the case. Thank You for your help.

C.C. Donald T. Bergerson    Michelle L. Taylor
     Richard F. Cornell    Michelle L. Taylor #105058
     F.M.W.C.C.
     4370 Smiley Road
     Las Vegas, NV. 89115

Michelle L. Taylor #1050559
F.M.W.C.C.
4370 Smiley Road
Las Vegas, Nevada
89115

LAS VEGAS NV 890
19 AUG 2013 PM 2 L

Judge Miranda M. Du
United States District Court
400 South Virginia Street #301
Reno, Nevada
89501

89501215575