UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHELLE TAYLOR,<br><br>      Petitioner,<br> v.<br>CAROLYN MYLES, et al.,<br><br>      Respondents. | Case No. 3:13-cv-00035-MMD-VPC<br><br>ORDER |

  The Court considers two motions. The first is respondents' motion for leave to make appearance pursuant to Local Rule IA 10-5 re: Law Students. (Dkt. no. 39.) The Court has reviewed the motion, together with the affidavits and State Bar of Nevada certification. Good cause appearing, the motion is granted in accordance with LR IA 10-5.

  Next before the court is respondents' motion to dismiss the petition as untimely by one day, due to the occurrence of a leap year. (Dkt. no. 34.) Petitioner opposed. (Dkt. no. 37.) In respondents' reply, they state that upon review of petitioner's opposition they withdraw the arguments presented in the motion to dismiss. (Dkt. no. 38.) Accordingly, respondents' motion to dismiss is denied.

  It is therefore ordered that respondents' motion for leave to make appearance pursuant to Local Rule IA 10-5 (dkt. no.39) is granted.

  It is further ordered that respondents' motion to dismiss (dkt. no. 34) is denied.

   It is further ordered that respondents' motion for leave to file exhibit under seal (dkt. no. 35) is granted.

   DATED THIS 27th day of July 2015.

                  _____
                   MIRANDA M. DU
                   UNITED STATES DISTRICT JUDGE