UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHELLE TAYLOR,<br><br>　　　　　　　Petitioner,<br>　v.<br>CAROLYN MYLES, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:13-cv-00035-MMD-VPC<br><br>ORDER |

On July 7, 2015, respondents answered this petition for writ of habeas corpus. (Dkt. no. 40.) It appears that counsel for petitioner contacted the Clerk of Court and stated that a major computer malfunction prevented him from timely filing a reply. Counsel for petitioner has not filed a motion for extension of time. However, the Court will grant petitioner a thirty (30) day extension of time to file a reply, if any, to the answer. Absent extraordinary circumstances, the Court is highly unlikely to grant further extensions.

It is therefore ordered that petitioner shall file a reply to the answer within thirty (30) days of the date of entry of this order.

DATED THIS 30th day of September 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE