UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHELLE TAYLOR,<br><br>Petitioner,<br>v.<br>CAROLYN MYLES,<br><br>Respondents. | Case No. 3:13-cv-00035-MMD-VPC<br><br>ORDER |

On March 21, 2017, this Court denied Michelle Taylor's counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 49), and judgment was entered (ECF No. 50). Taylor filed a notice of appeal with the Ninth Circuit Court of Appeals (ECF No. 51). Counsel for petitioner filed motions in this Court and the appeals court to withdraw as counsel, and Taylor apparently filed *pro se* motions in both courts as well (*see* ECF Nos. 53, 55, 56, 60). The Ninth Circuit has now granted a motion to substitute counsel, and the Federal Public Defender has been appointed to represent Taylor on appeal.

It is therefore ordered that the motions to withdraw as counsel by Richard Cornell (ECF No. 53) and Donald Bergerson (ECF No. 56) are granted.

It is further ordered that petitioner's application for leave to proceed *in forma pauperis* (ECF No. 55) and motion for appointment of counsel (ECF No. 60) are denied as moot.

DATED THIS 8th day of February 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE